**GARTH J. RIDGE**
**ATTORNEY AT LAW**
**TAYLOR OFFICE BUILDING**
**251 FLORIDA STREET, SUITE 301**
**BATON ROUGE, LA 70801**

TEL.: (225) 343-0700
FAX: (225) 343-7700

September 19, 2011

Judge James Brady
United States District Court
Middle District of Louisiana
777 Florida Street
Baton Rouge, Louisiana 70801

    Re:    Stevens White vs. Robinson Brothers Ford, LLC
            Civil action number: 10-25-JJB-DLD
            United States District Court for the Middle District of Louisiana

Dear Judge Brady:

    I am notifying the court that a settlement has been reached in this matter.

    If you have any questions with regard to the above, please do not hesitate to contact me.

    With warm professional regards and courtesies I remain

                             Sincerely,

                             Garth J. Ridge

cc:    Stevens White
       Keith D. Jones, Esquire
       Mr. Nick Lorio
       Magistrate Judge Dalby